AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE  District of  ALABAMA, EASTERN DIVISION

JO ANN WILEY

**SUMMONS IN A CIVIL ACTION**

V.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

CASE NUMBER:  3:07 cv 58 - MHT

TO: (Name and address of Defendant)

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
COMMISSIONER OF INSURANCE
HARTFORD PLAZA
690 ASYLUM AVENUE
HARTFORD, CT  06115

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES B. DOUGLAS, JR.
MCNEAL & DOUGLAS, ATTORNEYS AT LAW, LLC
POST OFFICE BOX 1423
AUBURN, ALABAMA  36831-1423

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE  1/18/07