**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hartford Life Insurance Co.
   Commissioner of Insurance
   Hartford Plaza
   690 Asylum Avenue
   Hartford, CT 06115

2. Article Number
   (Transfer from service label)   7006 0810 0003 8140 2556

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 1-23-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   07 cv 58
   SLC

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes