# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JO ANN WILEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>)<br>) | CIVIL ACTION NO.:<br>3:07-CV-00058-MHT-TFM |

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Hartford Life and Accident Insurance Company, improperly named in Plaintiff's Complaint as the Hartford Life Insurance Company, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby gives notice that it is a subsidiary of Hartford Life, Inc., which is a subsidiary of Hartford Holdings, Inc.  Hartford Holdings, Inc. is a subsidiary of The Hartford Financial Services Group, Inc., a Delaware holding company that is publicly traded on the New York Stock Exchange as "HIG."

        Respectfully submitted by,

        s/ Grace R. Murphy_____
        William B. Wahlheim, Jr.
        John David Collins
        Grace Robinson Murphy

        Attorneys for Defendant
        Hartford Life and Accident Insurance
        Company

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

s/ Grace R. Murphy
OF COUNSEL
