IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JO ANN WILEY,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 3:07cv58-MHT |
| ) | |
| HARTFORD LIFE and ACCIDENT ) | |
| INSURANCE COMPANY,    ) | |
| ) | |
|    Defendant.    ) | |

**ORDER**

It is ORDERED that the motion to extend deadline (Doc. No. 7) is granted.

DONE, this the 9th day of March, 2007.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**