IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JO ANN WILEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 3:07cv58-MHT |
| HARTFORD LIFE AND ACCIDENT | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

**COMES NOW** Plaintiff, pursuant to this Court's Scheduling Order, and discloses the following persons who may provide expert testimony at the trial of this matter. Said persons are all treating physicians or former treating physicians of the Plaintiff. Plaintiff has not employed any experts to testify. The names of the physicians are as follows:

1. James Matthews, M.D. (retired)
   121 North 20th Street
   Opelika, AL 36801

2. Christopher Adams, M.D.
   121 North 20th Street, Building 18
   Opelika, AL 36801

3. Bantwal Baliga, M.D.
   2425 Brookstone Center
   Columbus, GA 31901

4. Bertrand Anz
   121 North 20th Street, Building 26
   Opelika, AL 36801

5. Dr. Harak
   121 North 20th Street
   Opelika, AL 36801

6. Dr. Arguello
   The University of Alabama at Birmingham
   T.K.C. 4th Floor
   2000 6th Avenue South
   Birmingham, AL 35233-0271

7.     Frazier Jones
       The Orthopedic Clinic
       121 North 20th Street, Building 18
       Opelika, AL 36801

Said physicians are expected to testify regarding their treatment of the Plaintiff, and the Plaintiff's various physical conditions and infirmities.

Respectfully submitted this 31st day of May, 2007.

/s/ James B. Douglas, Jr.
James B. Douglas, Jr.
Attorney for Plaintiff
P.O. Box 1423
Auburn, AL  36831-1423
(334) 821-1596
Ala. Bar I.D.:  8935-U83J

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on all interested parties, by use of this Court's electronic filing system, on this the 31st day of May, 2007.

/s/ James B. Douglas, Jr.
James B. Douglas, Jr.

Grace Robinson Murphy
John Davis Collins
William B. Wahlheim, Jr.
Maynard, Cooper and Gale, P.C.
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203