IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JO ANN WILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-cv-58-MHT-TFM |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon of review of *Defendant Hartford Life and Accident Insurance Company's Motion to Quash Deposition Notices and Motion for Protective Order* (Doc. 12, filed July 3, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **1:00 p.m. on July 6, 2007**.

DONE this 5th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE