IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JO ANN WILEY, )<br>  )<br>    Plaintiff, )<br>  )<br>  )     CIVIL ACTION NO.<br>    v. )       3:07cv58-MHT<br>  )<br>HARTFORD LIFE and ACCIDENT )<br>INSURANCE COMPANY, )<br>  )<br>    Defendant. ) | |

ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 9) is amended to reflect that the trial of this cause is set for the term of court beginning on January 7, 2008.

DONE, this the 18th day of July, 2007.

                       /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE