IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JO ANN WILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO.: |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) 3:07-CV-00058-MHT-TFM ) ) ) |
| Defendant. | ) |

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Hartford Life and Accident Insurance Company, Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported on behalf of Defendant:

The following companies are direct subsidiaries of Hartford Life and Accident Company: Hartford Life International, Ltd., Woodbury Financial Services, Inc., M-CAP Insurance Agency, LLC, American Maturity Life Insurance Company, Hartford Life Insurance Company, Nutmeg Insurance Company, ISOP Financing Company Limited Partnership, Hartford Administrative Services Company, Planco, LLC, Planco Financial Services, LLC, Hartford Life Private Placement, LLC, and Hartford Financial Services, LLC.

Hartford Life and Accident Insurance Company also hereby gives notice that it is a subsidiary of Hartford Life, Inc., which is a subsidiary of Hartford Holdings, Inc. Hartford Holdings, Inc. is a subsidiary of The Hartford Financial Services Group, Inc., a Delaware holding company that is publicly traded on the New York Stock Exchange as "HIG."

Respectfully submitted this 20th day of July, 2007.

s/ Grace R. Murphy_____  _____
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendant
Hartford Life and Accident Insurance Company

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person by e-filing a copy through the Court's CM-ECF system, this the 20th day of July, 2007:

James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

                                                  s/ Grace R. Murphy_____
                                                  OF COUNSEL