IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JO ANN WILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 3:07-CV-00058-MHT-TFM |
| | ) |
| HARTFORD LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Jo Ann Wiley, by and through her counsel, and Defendant, Hartford Life and Accident Insurance Company, by and through its undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear their own costs.

_____
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendant,
Hartford Life and Accident Insurance Company

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000

01526831.1

/s/ James B. Douglas, Jr.
James B. Douglas, Jr.
Attorney for Plaintiff Jo Ann Wiley

**OF COUNSEL:**
MCNEAL & DOUGLAS
P.O. Box 1423
Auburn, AL 36831-1423
(334) 821-1596

01526831.1